ORIGINAL

1  THOMAS P. O'BRIEN
   United States Attorney
2  ROBB C. ADKINS
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   GREGORY W. STAPLES (State Bar No. 155505)
4  Assistant United States Attorney
        411 West Fourth Street, Suite 800
5       Santa Ana, California 92701
        Telephone: (714) 338-3500
6       Fax number:(714) 338-3564
        E-mail: Greg.Staples@usdoj.gov
7

[stamp: FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY]

8  Attorneys for Plaintiff
   United States of America
9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13  UNITED STATES OF AMERICA,     )   Case No.  SA CR 06-00016
                                  )
14            Plaintiff,          )
                                  )
15       v.                       )   GOVERNMENT'S NOTICE OF REQUEST
                                  )   FOR DETENTION
16  JOSEPH SHAMBAUGH,             )
                                  )
17            Defendant.          )
    _____)

18

19       Plaintiff, United States of America, by and through its

20  counsel of record, hereby requests detention of defendant and gives

21  notice of the following material factors:

22  ____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23            on the following grounds:

24       ____ a.  present offense committed while defendant was on

25           release pending (felony trial), (sentencing),

26           (appeal), or on (probation) (parole); or

27       ____ b.  defendant is an alien not lawfully admitted for

28           permanent residence; and



       c.  defendant may flee; or

       d.  pose a danger to another or the community.

2.    <u>Pretrial Detention Requested (§ 3142(e)) because no</u> <u>condition or combination of conditions will</u> <u>reasonably assure</u>:

       a.  the appearance of the defendant as required;

       b.  safety of any other person and the community.

3.    <u>Detention Requested Pending Supervised</u> <u>Release/Probation Revocation Hearing (Rules</u> <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

       a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

       b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

4.    <u>Presumptions Applicable to Pretrial Detention (18</u> <u>U.S.C. § 3142(e))</u>:

       a.  Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

       b.  offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

       c.  offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)- 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

_____ d.  defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

_____ 5.  <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

_____ a.  a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

_____ b.  an offense for which maximum sentence is life imprisonment or death;

_____ c.  Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

```
1          ____  d.  any felony if defendant has two or more
2                     convictions for a crime set forth in a-c above or
3                     for an offense under state or local law that
4                     would qualify under a, b, or c if federal
5                     jurisdiction were present, or a combination or
6                     such offenses;
7          ____  e.  any felony not otherwise a crime of violence that
8                     involves a minor victim or the possession or use
9                     of a firearm or destructive device (as defined in
10                    18 U.S.C. § 921), or any other dangerous weapon,
11                    or involves a failure to register under 18 U.S.C.
12                    § 2250;
13         ____  f.  serious risk defendant will flee;
14         ____  g.  serious risk defendant will (obstruct or attempt
15                    to obstruct justice) or (threaten, injure, or
16                    intimidate prospective witness or juror, or
17                    attempt to do so).
18    ____  6.   Government requests continuance of _____ days for
19               detention hearing under § 3142(f) and based upon the
20               following reason(s):
21               _____
22               _____
23               _____
24  //
25  //
26
27
28
```

_____   7.   Good cause for continuance in excess of three days
             exists in that:

             _____

             _____

             _____

DATED: August 20, 2009          Respectfully submitted,

                                THOMAS P. O'BRIEN
                                United States Attorney

                                _____
                                GREGORY W. STAPLES
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America